275-08/GMV/PLS

REEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff MANSOURA MARITIME
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

Gina M. Venezia (GV 1551)
Pamela L. Schultz (PS 8675)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MANSOURA MARITIME,

                      Plaintiff,

- against --

MIDGULF INTERNATIONAL LTD.,

                      Defendant.
-----------------------------------------------------------x

08 CV 5050

**RULE 7.1 STATEMENT**

      Plaintiff, MANSOURA MARITIME, by and through its attorneys Freehill, Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private party, that has no corporate parents and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       June 2, 2008

                                     FREEHILL HOGAN & MAHAR, LLP
                                     Attorneys for Plaintiff MANSOURA MARITIME

                     By: _____
                                   Gina M. Venezia (GV 1551)
                                   Pamela L. Schultz (PS 8675)
                                   80 Pine Street
                                   New York, NY 10005
                                   (212) 425-1900
                                   (212) 425-1901 fax