275-08/GMV/PLS
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff Mansoura Maritime
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Gina M. Venezia (GV 1551)
Pamela L. Schultz (PS 8675)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANSOURA MARITIME,

    Plaintiff

- against -

MIDGULF INTERNATIONAL LTD.,

    Defendant

08 cv 5050 (RMB)

**RULE 41(A)(1) NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

  Pursuant to Rule 41(a)(1), Plaintiff Mansoura Maritime hereby dismisses the above action without prejudice and represents that the defendant has not filed an answer or motion for summary judgment. The order of attachment issued in this case shall be withdrawn and any funds attached released pursuant to that order released.

Dated: New York, New York
   June 13, 2008

                 _____
                 Pamela L. Schultz (PS 8675)
                 FREEHILL HOGAN & MAHAR, LLP
                 80 Pine Street
                 New York, NY 10005
                 (212) 425-1900
                 Attorneys for Plaintiff

NYDOCS1/306647.1